1050

[No. 67703-9-I.   Division One.   January 22, 2013.]

GEORGE O. TAMBLYN IV, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-03663-4, Steven C. Gonzalez, J., entered September 2, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Cox and Appelwick, JJ.

[No. 67715-2-I.   Division One.   January 22, 2013.]

RICHARD AZPITARTE, *Appellant*, v. GAYLE SAUVE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-42874-7, Hollis R. Hill, J., entered August 22, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, A.C.J., and Lau, J.

[No. 67805-1-I.   Division One.   January 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT CARROLL BOLTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-00341-4, Michael Hayden, J., entered July 26, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Verellen, J.

[No. 67859-1-I.   Division One.   January 22, 2013.]

SAN JUAN COUNTY, *Respondent*, v. NICHOLAS R. PADVORAC, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 11-2-05068-9, Donald E. Eaton, J., entered October 7, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J, and Grosse, J.